# EXHIBIT A

| **Claim 1** | **Generac Power Systems, Inc.** |
|---|---|
| 1. A system, comprising: | Generac Power Systems, Inc. (hereafter, "Generac" or "Defendant") provides a system.<br><br>Mobile Link is a system comprising an application (e.g., for mobile devices) and/or web portal, and a server.<br><br>(https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA)<br><br>How to Send a Ping Communication From Your Generator Through Mobile Link Device?<br><br>Jun 24, 2024 · Knowledge<br><br>A ping is a Controller Functionality used to check whether the generator can reach and communicate with the Mobile LInk Servers. It works by sending a small packet of data to relevant Mobile Link Server locations and waiting for a response. If the server locations are reachable and responding, it sends a reply back to the generator.<br><br>(https://support.generac.com/s/article/How-to-Send-a-Ping-Communication-From-Your-Generator-Through-Mobile-Link-Device) |

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| a graphical usage description of a plurality of states of an application; | Generac provides a graphical usage description of a plurality of states of an application.<br><br>The Mobile Link system comprises a mobile application including a graphical usage description of a plurality of states. For example, the mobile application includes a series of graphical interfaces corresponding to a plurality of states (e.g., steps in a process of registering a generator).<br><br>(https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |
| a request handler, which retrieves data based on a request and produces an indication of a current state of a user based on the request; | Generac provides a request handler, which retrieves data based on a request and produces an indication of a current state of a user based on the request.<br><br>The Mobile Link system includes a request handler which retrieves data based on a request and produces an indication of a current state of a user based on the request. For example, when a user attempts to register a new generator through the Mobile Link system, a request handler retrieves data (e.g., the user's address) based on a request (e.g., to register a new generator) and produces an indication of a current state of a user (e.g., successful registration of the new generator). |

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
|  | (https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |
| an application state controller, which determines a next state based on the current state and the graphical usage description; and | Generac provides an application state controller, which determines a next state based on the current state and the graphical usage description.<br><br>The Mobile Link system includes an application state controller which determines a next state based on the current state and the graphical usage description. For example, the application state controller determines a next state (e.g., adding a communication device for the generator) based on the current state (e.g., successful generator registration) and the graphical usage description. |

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| | (https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |
| a data generator, which caches data based on the current state and the next state. | Generac provides a data generator, which caches data based on the current state and the next state.<br><br>The Mobile Link system includes a data generator which caches data based on the current state and the next state. For example, the Mobile Link system maintains data entered by the user for the current state and the next state as the user registers the generator (e.g., the data entered about the generator and the communication device are cached during the registration process). |

U.S. Patent No. 6,801,933

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| | <br>(https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |