# EXHIBIT B

U.S. Patent No. 7,280,830

| Claim 29 | Generac Power Systems, Inc. |
|---|---|
| 29. A network, comprising: | Generac Power Systems, Inc. (hereafter, "<u>Generac</u>" or "<u>Defendant</u>") provides a network.<br><br>Mobile Link is a network comprising an application (e.g., for mobile devices) and/or web portal, and servers.<br><br>(https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA)<br><br>(https://support.generac.com/s/article/How-to-Send-a-Ping-Communication-From-Your-Generator-Through-Mobile-Link-Device) |

| Claim 29 | Generac Power Systems, Inc. |
|---|---|
| a network server; and | Generac provides a network server.<br><br>How to Send a Ping Communication From Your Generator Through Mobile Link Device?<br><br>Jun 24, 2024 · Knowledge<br><br>A ping is a Controller Functionality used to check whether the generator can reach and communicate with the Mobile LInk Servers. It works by sending a small packet of data to relevant Mobile Link Server locations and waiting for a response. If the server locations are reachable and responding, it sends a reply back to the generator.<br><br>(https://support.generac.com/s/article/How-to-Send-a-Ping-Communication-From-Your-Generator-Through-Mobile-Link-Device) |
| a new wireless device coupled to the network server, wherein the new wireless device has a home relationship with the network server, such that no additional configuration is required by a user of the new wireless device to communicate over the network once the relationship is established, and wherein the network server identifies the new device as an owned device, wherein the owned device is previously known to the network server, | Generac provides a new wireless device coupled to the network server, wherein the new wireless device has a home relationship with the network server, such that no additional configuration is required by a user of the new wireless device to communicate over the network once the relationship is established, and wherein the network server identifies the new device as an owned device, wherein the owned device is previously known to the network server.<br><br>The Mobile Link system includes a new wireless device (e.g., a wifi and/or cellular enabled generator) coupled to the network server.<br><br>A ping is a Controller Functionality used to check whether the generator can reach and communicate with the Mobile LInk Servers. It works by sending a small packet of data to relevant Mobile Link Server locations and waiting for a response. If the server locations are reachable and responding, it sends a reply back to the generator.<br><br>(https://support.generac.com/s/article/How-to-Send-a-Ping-Communication-From-Your-Generator-Through-Mobile-Link-Device)<br>The new wireless device has a home relationship with the network server. For example, the generator has a home relationship with the network server, because the network server knows the address of the generator. |

U.S. Patent No. 7,280,830

| **Claim 29** | **Generac Power Systems, Inc.** |
|---|---|
| | (https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) <br><br> No additional configuration is required by a user of the new wireless device to communicate over the network once the relationship is established. For example, after registering the generator with the Mobile Link Servers, no additional configuration is required by the user for communication between the generator and the servers. <br><br> (https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |

| Claim 29 | Generac Power Systems, Inc. |
|---|---|
|  | The network server identifies the new device as an owned device, wherein the owned device is previously known to the network server. For example, the network server identifies the generator as an owned device (e.g., based on a user's account), and the generator is previously known to the network server (e.g., based on the user's account). <br><br> (https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |
| wherein registration information is automatically obtained for the new device, wherein a connection is established between the network server and a registration server, and wherein the registration information is sent from the network | Generac provides wherein registration information is automatically obtained for the new device, wherein a connection is established between the network server and a registration server, and wherein the registration information is sent from the network server to the registration server. <br><br> The Mobile Link system includes wherein registration information (e.g., an address associated with the generator) is automatically obtained for the new device. A connection is established between the network server and a registration server (e.g., the server that includes user accounts). The registration information is sent from the network server to the registration server (e.g., when a user selects the account address as the address associated with the generator). |

U.S. Patent No. 7,280,830

| Claim 29 | Generac Power Systems, Inc. |
|---|---|
| server to the registration server. | <br><br>(https://www.youtube.com/watch?v=xv3T4RgmpfM&list=TLGG2FfqTKLAKkoxMzA4MjAyNA) |