# EXHIBIT C

U.S. Patent No. 7,304,570

| **Claim 27** | **Generac Power Systems, Inc.** |
|---|---|
| 27. A system for providing context-based, hierarchical security for a mobile device, the system comprising: | Generac Power Systems, Inc. (hereafter, "Generac" or "Defendant") provides a system for providing context-based, hierarchical security for a mobile device.<br><br>Mobile Link is a system for providing a context-based (e.g., for logging in from a mobile device), hierarchical security (e.g., two-factor authentication) for a mobile device (e.g., a smartphone).<br><br>Mobile Link account setup<br><br>Home Standby generator owners can monitor their generators using the Mobile Link browser or Mobile App.<br><br>- A Mobile Link account is not required for the generator to operate as a home backup generator.<br>- Homeowners should always verify they have a reliable Wi-Fi or 4G LTE connection at the generator before subscribing to a Mobile Link plan.<br><br>Account sign-up can be done using a web browser. Homeowners do not need to own a generator to create an account, but in most scenarios, account creation occurs when the owner installs the generator. Generators and communication devices can be added to the account during or after the account sign up process.<br><br>(https://support.generac.com/s/article/How-Do-I-Set-up-a-Mobile-Link-Account-and-Enroll-Devices-for-Monitoring#signupmobileapp) |
| a mobile device security database for storing a hierarchy of security instructions defining security actions for at least one of protecting data stored on a mobile device and preventing unauthorized use of the mobile device, wherein the hierarchy includes at least | Generac provides a mobile device security database for storing a hierarchy of security instructions defining security actions for at least one of protecting data stored on a mobile device and preventing unauthorized use of the mobile device, wherein the hierarchy includes at least two security levels and each level includes at least one security instruction.<br><br>The Mobile Link system includes a mobile device security database storing a hierarchy of security actions for at least one of protecting data stored on a mobile device and preventing unauthorized use of the mobile device. For example, the hierarchy of security actions prevents unauthorized use of the mobile device by ensuring that the user creating the Mobile Link account and using the Mobile Link application is an authorized user. |

| Claim 27 | Generac Power Systems, Inc. |
|---|---|
| two security levels and each level includes at least one security instruction; and | Note: This code is used to verify that the email address being provided is in fact owned and managed by the person creating the account. This step is performed to ensure the security of user information.<br><br>(https://support.generac.com/s/article/How-Do-I-Set-up-a-Mobile-Link-Account-and-Enroll-Devices-for-Monitoring#signupmobileapp)<br><br>The hierarchy includes at least two security levels (e.g., verify an email address and verify a password), and each security level includes at least one security instruction (e.g., verification code and password).<br><br>3. The device will prompt you to use "b2clogin.com" for sign-in. Click **Continue** to continue the account creation process.<br><br>4. Click **SEND VERIFICATION CODE.** A verification code will be sent to the email address provided in the previous steps.<br><br>    Note: This code is used to verify that the email address being provided is in fact owned and managed by the person creating the account. This step is performed to ensure the security of user information.<br><br>5. Log into the email account that was provided, an email should be delivered from the sender **noreply@mobilelinkgen.com**. This email will contain a 6-digit code. Write down or remember the 6-digit code, then return to the mobile Link Account creation screen.<br><br>6. Enter the 6-digit code that was retrieved from the email in the Verification Code field, then tap VERIFY CODE.<br><br>7. An **Email address verified - please choose a password** message will be displayed. Choose a desired password to use with the Mobile Link account and enter the password in the **new password** and **confirm new password** fields.<br><br>    Note: Passwords must be a minimum of 12 characters, and contain any combination of letters, numbers, or special characters.<br><br>(https://support.generac.com/s/article/How-Do-I-Set-up-a-Mobile-Link-Account-and-Enroll-Devices-for-Monitoring#signupmobileapp) |

U.S. Patent No. 7,304,570

| Claim 27 | Generac Power Systems, Inc. |
|---|---|
| a mobile device security manager for, based on the security instructions stored in the mobile device security database, performing at least one security action associated with a first security level in response to the existence of a first context associated with the first security level and for performing at least one security action associated with a second security level in response to the existence of a second context associated with the second security level. | Generac provides a mobile device security manager for, based on the security instructions stored in the mobile device security database, performing at least one security action associated with a first security level in response to the existence of a first context associated with the first security level and for performing at least one security action associated with a second security level in response to the existence of a second context associated with the second security level.<br><br>The Mobile Link System includes a mobile device security manager for, based on the security instructions stored in the mobile device security database, performing at least one security action (e.g., sending a verification code to an email address) with a first security level in response to the existence of a first context associated (e.g., verifying that the user setting up the account is associated with the email address provided) with the first security level.<br><br>4. Click **SEND VERIFICATION CODE.** A verification code will be sent to the email address provided in the previous steps.<br><br>Note: This code is used to verify that the email address being provided is in fact owned and managed by the person creating the account. This step is performed to ensure the security of user information.<br><br>5. Log into the email account that was provided, an email should be delivered from the sender **noreply@mobilelinkgen.com.** This email will contain a 6-digit code. Write down or remember the 6-digit code, then return to the mobile Link Account creation screen.<br><br>6. Enter the 6-digit code that was retrieved from the email in the Verification Code field, then tap VERIFY CODE.<br><br>(https://support.generac.com/s/article/How-Do-I-Set-up-a-Mobile-Link-Account-and-Enroll-Devices-for-Monitoring#signupmobileapp)<br><br>The Mobile Link System includes a mobile device security manager for, based on the security instructions stored in the mobile device security database, performing at least one security action associated (e.g., prompting a user to enter and confirm a password) with a second security level in response to the existence of a second context (e.g., creating a password after an email address ahs been verified) associated with the second security level. |