# EXHIBIT D

U.S. Patent No. 7,593,428

| Claim 14 | Generac Power Systems, Inc. |
|---|---|
| 14. A method comprising: | Generac Power Systems, Inc. (hereafter, "Generac" or "Defendant"), through the use and provision of the Accused Products, performs and/or instructs its customers to perform a method of claim 14. |
| receiving data from a data source at a transceiver station; and | Generac performs the step of receiving data from a data source at a transceiver station.<br><br>Data from a data source is received at a transceiver station (e.g., Mobile Link Wifi communications device).<br><br>**Mobile Link WiFi Compatibility**<br><br>| Wireless Protocol | Frequency Range | Compatibility |<br>|---|---|---|<br>| 802.11a | 5Ghz | ✗ |<br>| 802.11ac | 5Ghz | ✗ |<br>| 802.11b | 2.4Ghz | ✓ |<br>| 802.11g | 2.4Ghz | ✓ |<br>| 802.11n | 2.4Ghz | ✓ |<br>| Noncompliant | Other | ✗ |<br><br>(https://support.generac.com/s/article/Is-My-Wi-Fi-Network-Compatible-With-Mobile-Link) |
| in response to programmed instructions in processing circuitry at the transceiver station; selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum; | Generac performs the step of in response to programmed instructions in processing circuitry at the transceiver station; selecting a first portion of the data to be protected by a first checksum and selecting a second portion of the data to be protected by a second checksum.<br><br>The Panel includes programmed instructions in processing circuitry (e.g., a WiFi chipset supporting 802.11n). The Panel selects a first portion of the data (e.g., a MAC Header and Frame Body of a first frame) to be protected by a first checksum (e.g., Frame Check Sequence of the first frame) and selects a second portion of the data (e.g., a MAC Header and Frame Body of a second frame) of the be protected by a second checksum (e.g., a Frame Check Sequence of the second frame). |

| Claim 14 | Generac Power Systems, Inc. |
|---|---|
| | ### 8.2.3 General frame format<br><br>The MAC frame format comprises a set of fields that occur in a fixed order in all frames. Figure 8-1 depicts the general MAC frame format. The first three fields (Frame Control, Duration/ID, and Address 1) and the last field (FCS) in Figure 8-1 constitute the minimal frame format and are present in all frames, including reserved types and subtypes. The fields Address 2, Address 3, Sequence Control, Address 4, QoS Control, HT Control, and Frame Body are present only in certain frame types and subtypes. Each field is defined in 8.2.4. The format of each of the individual subtypes of each frame type is defined in 8.3. The components of management frame bodies are defined in 8.4. The formats of management frames of subtype Action are defined in 8.5.<br><br><br><br>Figure 8-1—MAC frame format<br><br>(802.11-2012, p. 381)<br><br>### 8.2.4.8 FCS field<br><br>The FCS field is a 32-bit field containing a 32-bit CRC. The FCS is calculated over all the fields of the MAC header and the Frame Body field. These are referred to as the *calculation fields*.<br><br>The FCS is calculated using the following standard generator polynomial of degree 32:<br><br>$$G(x) = x^{32} + x^{26} + x^{23} + x^{22} + x^{16} + x^{12} + x^{11} + x^{10} + x^8 + x^7 + x^5 + x^4 + x^2 + x + 1$$<br><br>The FCS is the ones complement of the sum (modulo 2) of the following:<br>  a) The remainder of $x^k \times (x^{31} + x^{30} + x^{29} + ... + x^2 + x + 1)$ divided (modulo 2) by $G(x)$, where $k$ is the number of bits in the calculation fields, and<br>  b) The remainder after multiplication of the contents (treated as a polynomial) of the calculation fields by $x^{32}$ and then division by $G(x)$.<br><br>(802.11-2012, p. 400) |

| Claim 14 | Generac Power Systems, Inc. |
|---|---|
| performing a first checksum calculation upon the selected first portion and performing at least a second checksum calculation upon the selected second portion; and | Generac performs the step of performing a first checksum calculation upon the selected first portion and performing at least a second checksum calculation upon the selected second portion.<br><br>The circuitry performs a first checksum calculation upon the selected first portion (e.g., to generate a 32-bit CRC for the FCS field in the first frame) and performs at least a second checksum calculation upon the selected second portion (e.g., to generate a 32-bit CRC for the FCS field in the second frame).<br><br>**8.2.4.8 FCS field**<br><br>The FCS field is a 32-bit field containing a 32-bit CRC. The FCS is calculated over all the fields of the MAC header and the Frame Body field. These are referred to as the *calculation fields*.<br><br>The FCS is calculated using the following standard generator polynomial of degree 32:<br><br>$$G(x) = x^{32} + x^{26} + x^{23} + x^{22} + x^{16} + x^{12} + x^{11} + x^{10} + x^8 + x^7 + x^5 + x^4 + x^2 + x + 1$$<br><br>The FCS is the ones complement of the sum (modulo 2) of the following:<br>a) The remainder of $x^k \times (x^{31} + x^{30} + x^{29} + \ldots + x^2 + x + 1)$ divided (modulo 2) by $G(x)$, where $k$ is the number of bits in the calculation fields, and<br>b) The remainder after multiplication of the contents (treated as a polynomial) of the calculation fields by $x^{32}$ and then division by $G(x)$.<br><br>(802.11-2012, p. 400) |
| formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second | Generac performs the step of formatting the data into a packet-formatted data packet, wherein the packet-formatted data packet comprises the selected first portion, indicia associated with the first checksum calculation, the selected second portion, and indicia associated with the second checksum calculation.<br><br>The circuitry formats the data into a packet-formatted data packet (e.g., an Aggregate Medium Access Control (MAC) Protocol Data Unit, or "A-MPDU"). The packet-formatted data packet comprises the selected first portion (e.g., the MAC Header and Frame Body of the first frame/MPDU), indicia associated with the first checksum calculation (e.g., the 32-bit CRC for the MAC Header and Frame Body for the first frame), the selected second portion (e.g., the MAC Header and Frame Body of the |

| Claim 14 | Generac Power Systems, Inc. |
|---|---|
| checksum calculation. | second frame/MPDU), and indicia associated with the second checksum calculation (e.g., the 32-bit CRC for the MAC Header and Frame Body for the second frame).<br><br>**8.6 Aggregate MPDU (A-MPDU)**<br><br>**8.6.1 A-MPDU format**<br><br>An A-MPDU consists of a sequence of one or more A-MPDU subframes as shown in Figure 8-503.<br><br>| A-MPDU subframe 1 | A-MPDU subframe 2 | ... | A-MPDU subframe n |<br>|---|---|---|---|<br>| variable | variable | | variable |<br><br>Octets:<br><br>Figure 8-503—A-MPDU format<br><br>The structure of the A-MPDU subframe is shown in Figure 8-504. Each A-MPDU subframe consists of an MPDU delimiter followed by an MPDU. Except when an A-MPDU subframe is the last one in an A-MPDU, padding octets are appended to make each A-MPDU subframe a multiple of 4 octets in length. The A-MPDU maximum length is 65 535 octets. The length of an A-MPDU addressed to a particular STA may be further constrained as described in 9.12.2.<br><br>| MPDU delimiter | MPDU | Pad |<br>|---|---|---|<br>| 4 | Variable | 0–3 |<br><br>Octets:<br><br>Figure 8-504—A-MPDU subframe format<br><br>(802.11-2012, p. 812)<br><br>**8.6.3 A-MPDU contents**<br><br>An A-MPDU is a sequence of MPDUs carried in a single PPDU with the TXVECTOR/RXVECTOR AGGREGATION parameter set to 1.<br><br>(802.11-2012, p. 814) |