# EXHIBIT E

U.S. Patent No. 7,974,260

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| 1. A device comprising: | Generac Power Systems, Inc. (hereafter, "Generac" or "Defendant") provides a device.<br><br>The EV Charger is a device that implements Bluetooth.<br><br><br><br>(Generac EV Charger Level 2 Plus, spec sheet) |
| a processor; | Generac provides a processor.<br><br>The EV Charger includes a processor which executes software on the EV Charger. |

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| | **How to update your charger's software with the Generac EV Charging app?**<br><br>Keeping your charger's software up to date is essential to **enjoy a stable experience** and **benefit from your charger's latest functionalities**. Eventual bugs for the charger are also solved through software updates.<br><br>(https://support.generac.com/s/article/How-to-update-your-charger-s-software-with-the-Generac-EV-Charging-app) |
| a non-transitory computer-readable medium including computer-executable instructions stored thereon that, if executed by the processor, cause the processor to: define a data sequence, the data sequence including a header portion and a payload portion, | Generac includes a non-transitory computer-readable medium including computer-executable instructions stored thereon that, if executed by the processor, cause the processor to: define a data sequence, the data sequence including a header portion and a payload portion.<br><br>The EV Charger includes a computer readable-medium that causes the processor to define a data sequence (e.g., a Protocol Data Unit (PDU)) including a header portion and a payload portion.<br><br>**2.3 ADVERTISING CHANNEL PDU**<br><br>The advertising channel PDU has a 16-bit header and a variable size payload. Its format is as shown in Figure 2.2. The 16 bit Header field of the advertising channel PDU is as shown in Figure 2.3.<br><br>LSB — Header (16 bits) | Payload (as per the Length field in the Header) — MSB<br><br>*Figure 2.2: Advertising channel PDU*<br><br>(Bluetooth Core Specification v4.0, Vol. 6, p. 37) |

U.S. Patent No. 7,974,260

| **Claim 1** | **Generac Power Systems, Inc.** |
|---|---|
| wherein the header portion includes an address code of a second device and the payload portion includes timing control information for communicating packets between devices in a communication network wherein the timing control information defines when the second device communicates, | Generac includes wherein the header portion includes an address code of a second device and the payload portion includes timing control information for communicating packets between devices in a communication network wherein the timing control information defines when the second device communicates.<br><br>The header portion includes an address code of a second device (e.g., in the RxAdd field of the Header).<br><br><br><br>Figure 2.3: Advertising channel PDU Header<br><br>The PDU Type field of the advertising channel PDU that is contained in the header indicates the PDU type as defined in Table 2.1.<br><br>The TxAdd and RxAdd fields of the advertising channel PDU that are contained in the header contain information specific to the PDU type defined for each advertising channel PDU separately. If the TxAdd or RxAdd fields are not defined as used in a given PDU then they shall be considered Reserved for Future Use.<br><br>(Bluetooth Core Specification v4.0, Vol. 6, p. 38)<br><br>The payload portion includes timing control information (e.g., WinSize, WinOffset, Interval, Latency, Timeout) for communicating packets between devise in a communication network wherein the timing control information defines when the second device communicates. |

U.S. Patent No. 7,974,260

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| | **2.3.3.1 CONNECT_REQ**<br><br>The CONNECT_REQ PDU has the Payload as shown in Figure 2.10. TxAdd in the Flags field indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the Flags field indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).<br><br>| Payload | | |
|---|---|---|
| InitA (6 octets) | AdvA (6 octets) | **LLData (22 octets)** |<br><br>Figure 2.10: CONNECT_REQ PDU payload<br><br>The format of the LLData field is shown in Figure 2.11. |

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| | **LLData**

| AA | CRCInit | WinSize | WinOffset | Interval | Latency | Timeout | ChM | Hop | SCA |
|---|---|---|---|---|---|---|---|---|---|
| (4 octets) | (3 octets) | (1 octet) | (2 octets) | (2 octets) | (2 octets) | (2 octets) | (5 octets) | (5 bits) | (3 bits) |

Figure 2.11: LLData field structure in CONNECT_REQ PDU's payload

The Payload field consists of InitA, AdvA and LLData fields. The InitA field shall contain the Initiator's public or random device address as indicated by TxAdd. The AdvA field shall contain the advertiser's public or random device address as indicated by RxAdd.

The LLData consists of 10 fields:

- The AA field shall contain the Link Layer connection's Access Address determined by the Link Layer following the rules specified in Section 2.1.2.
- The CRCInit field shall contain the initialization value for the CRC calculation for the Link Layer connection, as defined in Section 3.1.1. It shall be a random value, generated by the Link Layer.
- The WinSize field shall be set to indicate the *transmitWindowSize* value, as defined in Section 4.5.3 in the following manner: *transmitWindowSize* = WinSize * 1.25 ms.
- The WinOffset field shall be set to indicate the *transmitWindowOffset* value, as defined in Section 4.5.3 in the following manner:..*transmitWindowOffset* = WinOffset * 1.25 ms.
- The Interval field shall be set to indicate the *connInterval* as defined in Section 4.5.1 in the following manner:*connInterval* = Interval * 1.25 ms.
- The Latency field shall be set to indicate the *connSlaveLatency*value, as defined in Section 4.5.1 in the following manner: *connSlaveLatency* = Latency.
- The Timeout field shall be set to indicate the *connSupervisionTimeout*value, as defined in Section 4.5.2, in the following manner: *connSupervisionTimeout* = Timeout * 10 ms.

(Bluetooth Core Specification v4.0, Vol. 6, pp. 37- 38) |

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| wherein the address code is a first active member address of the second device, and | Generac includes wherein the address code is a first active member address of the second device.<br><br>The address code (e.g., RxAdd) is a first active member address of the second device.<br><br>2.3.3.1 CONNECT_REQ<br><br>The CONNECT_REQ PDU has the Payload as shown in Figure 2.10. TxAdd in the Flags field indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the Flags field indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).<br><br>Payload: InitA (6 octets) \| AdvA (6 octets) \| LLData (22 octets)<br><br>Figure 2.10: CONNECT_REQ PDU payload<br><br>The format of the LLData field is shown in Figure 2.11.<br><br>(Bluetooth Core Specification v4.0, Vol. 6, p. 37) |
| wherein the first active member address and a second active member address are assigned to the second device; and | Generac includes wherein the first active member address and a second active member address are assigned to the second device.<br><br>The first active member address and a second active member address is assigned to the second device. |

U.S. Patent No. 7,974,260

| Claim 1 | Generac Power Systems, Inc. |
|---|---|
| | 2.3.3.1 CONNECT_REQ

The CONNECT_REQ PDU has the Payload as shown in Figure 2.10. TxAdd in the Flags field indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the Flags field indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).

Payload: InitA (6 octets) | AdvA (6 octets) | LLData (22 octets)

Figure 2.10: CONNECT_REQ PDU payload

The format of the LLData field is shown in Figure 2.11.

(Bluetooth Core Specification v4.0, Vol. 6, p. 37)

The Payload field consists of InitA, AdvA and LLData fields. The InitA field shall contain the Initiator's public or random device address as indicated by TxAdd. The AdvA field shall contain the advertiser's public or random device address as indicated by RxAdd.

(Bluetooth Core Specification v4.0, Vol. 6, pp. 37- 38) |
| an antenna configured to transmit the defined data sequence in a data communication packet to the second device in a time defined contact slot. | Generac includes an antenna configured to transmit the defined data sequence in a data communication packet to the second device in a time defined contact slot.

The EV Charger includes an antenna configured to an transmit the defined data sequence in a data communication packet (e.g., a Connect_Req PDU) to the second device in a time defined contact slot.

User Interface and Communications
Connectivity: Wi-Fi / Bluetooth
User Interface: Generac EV Charging App
Included Features: Smart Power Sharing

(Generac EV Charger Level 2 Plus, spec sheet) |