# EXHIBIT F

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| 10. A method for facilitating bearer setup of a network, the method comprising: | Generac Power Systems, Inc. (hereafter, "<u>Generac</u>" or "<u>Defendant</u>"), through the use and provision of the Accused Products, performs a method for facilitating bearer setup of a network.<br><br>The Mobile Link System includes an LTE Cellular transceiver.<br><br>**Mobile Link 4G LTE** ♥<br>4G LTE Cellular Accessory<br>SKU:G0072080  ☆ ☆ ☆ ☆ ☆  (0 reviews)<br><br>The Mobile Link Cellular 4G LTE accessory is easy to use and works with Verizon for broad coverage and more reliable connections. This 4G LTE network has faster download speeds for automatic system upgrades and faster delivery of notifications.<br><br>**Price:$319.99**  **In Stock**  **FREE SHIPPING**  Ships in 1 To 3 Business Days<br><br>− 1 +  **Add To Cart**<br><br>(https://www.generacpowerproducts.com/Parts/Connectivity/Mobile-Link-4G-LTE/p/G0072080) |
| selectably generating a first application-level bearer setup request to induce a bearer manager to create a bearer between a first node and a second node, wherein the first bearer setup request is free of network address identifiers for the | Generac performs the step of selectably generating a first application-level bearer setup request to induce a bearer manager to create a bearer between a first node and a second node, wherein the first bearer setup request is free of network address identifiers for the bearer manager.<br><br>When the Mobile Link System intends to transmit data over the LTE network, the Mobile Link System selectably generates a first application-level bearer setup request (e.g., BEARER RESOURCE ALLOCATION REQUEST message) to induce a bearer manager (e.g., a Serving/PDN Gateway) to create a bearer between a first node (e.g., the Mobile Link System) and a second node (e.g., a receiving device). The first bearer setup request (e.g., BEARER RESOURCE ALLOCATION REQUEST |

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| bearer manager; and | message) is free of network address identifiers for the bearer manager (e.g., a Serving/PDN Gateway). |

**8.3.8    Bearer resource allocation request**

**8.3.8.1    Message definition**

This message is sent by the UE to the network to request the allocation of a dedicated bearer resource. See table 8.3.8.1.

Message type:    BEARER RESOURCE ALLOCATION REQUEST

Significance:  dual

Direction: UE to network

**Table 8.3.8.1: BEARER RESOURCE ALLOCATION REQUEST message content**

| IEI | Information Element | Type/Reference | Presence | Format | Length |
|---|---|---|---|---|---|
| | Protocol discriminator | Protocol discriminator 9.2 | M | V | 1/2 |
| | EPS bearer identity | EPS bearer identity 9.3.2 | M | V | 1/2 |
| | Procedure transaction identity | Procedure transaction identity 9.4 | M | V | 1 |
| | Bearer resource allocation request message identity | Message type 9.8 | M | V | 1 |
| | Linked EPS bearer identity | Linked EPS bearer identity 9.9.4.6 | M | V | 1/2 |
| | Spare half octet | Spare half octet 9.9.2.9 | M | V | 1/2 |
| | Traffic flow aggregate | Traffic flow aggregate description 9.9.4.15 | M | LV | 2-256 |
| | Required traffic flow QoS | EPS quality of service 9.9.4.3 | M | LV | 2-14 |
| 27 | Protocol configuration options | Protocol configuration options 9.9.4.11 | O | TLV | 3-253 |
| C- | Device properties | Device properties 9.9.2.0A | O | TV | 1 |
| 33 | NBIFOM container | NBIFOM container 9.9.4.19 | O | TLV | 3-257 |
| 7B | Extended protocol configuration options | Extended protocol configuration options 9.9.4.26 | O | TLV-E | 4-65538 |
| 5C | Extended EPS QoS | Extended quality of service 9.9.4.30 | O | TLV | 12 |

(3GPP TS 24.301, p. 337)

U.S. Patent No. 7,987,270

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| | ### 4.4.3    Gateway<br><br>#### 4.4.3.1      General<br><br>Two logical Gateways exist:<br><br>- Serving GW (S-GW);<br><br>- PDN GW (P-GW).<br><br>NOTE:    The PDN GW and the Serving GW may be implemented in one physical node or separated physical nodes. |

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| | **4.4.3.2 Serving GW**<br><br>The Serving GW is the gateway which terminates the interface towards E-UTRAN.<br><br>For each UE associated with the EPS, at a given point of time, there is a single Serving GW.<br><br>The functions of the Serving GW, for both the GTP-based and the PMIP-based S5/S8, include:<br><br>- the local Mobility Anchor point for inter-eNodeB handover;<br><br>- sending of one or more "end marker" to the source eNodeB, source SGSN or source RNC immediately after switching the path during inter-eNodeB and inter-RAT handover, especially to assist the reordering function in eNodeB.<br><br>- Mobility anchoring for inter-3GPP mobility (terminating S4 and relaying the traffic between 2G/3G system and PDN GW);<br><br>- ECM-IDLE mode downlink packet buffering and initiation of network triggered service request procedure;<br><br>- Lawful Interception;<br><br>- Packet routing and forwarding;<br><br>- Transport level packet marking in the uplink and the downlink, e.g. setting the DiffServ Code Point, based on the QCI of the associated EPS bearer;<br><br>- Accounting for inter-operator charging. For GTP-based S5/S8, the Serving GW generates accounting data per UE and bearer;<br><br>- Interfacing OFCS according to charging principles and through reference points specified in TS 32.240 [51].<br><br>Additional Serving GW functions for the PMIP-based S5/S8 are captured in TS 23.402 [2].<br><br>Connectivity to a GGSN is not supported. |

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| | **4.4.3.3 PDN GW**<br><br>The PDN GW is the gateway which terminates the SGi interface towards the PDN.<br><br>If a UE is accessing multiple PDNs, there may be more than one PDN GW for that UE, however a mix of S5/S8 connectivity and Gn/Gp connectivity is not supported for that UE simultaneously.<br><br>PDN GW functions include for both the GTP-based and the PMIP-based S5/S8:<br><br>- Per-user based packet filtering (by e.g. deep packet inspection);<br><br>- Lawful Interception;<br><br>- UE IP address allocation;<br><br>- Transport level packet marking in the uplink and downlink, e.g. setting the DiffServ Code Point, based on the QCI of the associated EPS bearer;<br><br>- Accounting for inter-operator charging;<br><br>- UL and DL service level charging as defined in TS 23.203 [6]<br>(e.g. based on SDFs defined by the PCRF, or based on deep packet inspection defined by local policy);<br><br>- Interfacing OFCS through according to charging principles and through reference points specified in TS 32.240 [51].<br><br>- UL and DL service level gating control as defined in TS 23.203 [6];<br><br>- UL and DL service level rate enforcement as defined in TS 23.203 [6]<br>(e.g. by rate policing/shaping per SDF); |

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| | - UL and DL rate enforcement based on APN-AMBR<br>(e.g. by rate policing/shaping per aggregate of traffic of all SDFs of the same APN that are associated with Non-GBR QCIs);<br><br>- DL rate enforcement based on the accumulated MBRs of the aggregate of SDFs with the same GBR QCI<br>(e.g. by rate policing/shaping);<br><br>- DHCPv4 (server and client) and DHCPv6 (client and server) functions;<br><br>- The network does not support PPP bearer type in this version of the specification. Pre-Release 8 PPP functionality of a GGSN may be implemented in the PDN GW;<br><br>- packet screening.<br><br>Additionally the PDN GW includes the following functions for the GTP-based S5/S8:<br><br>- UL and DL bearer binding as defined in TS 23.203 [6];<br><br>- UL bearer binding verification as defined in TS 23.203 [6];<br><br>- Functionality as defined in RFC 4861 [32];<br><br>- Accounting per UE and bearer.<br><br>The P-GW provides PDN connectivity to both GERAN/UTRAN only UEs and E-UTRAN capable UEs using any of E-UTRAN, GERAN or UTRAN. The P-GW provides PDN connectivity to E-UTRAN capable UEs using E-UTRAN only over the S5/S8 interface.<br><br>(3GPP TS 23.041, p. 34-36) |
| providing the first application-level bearer setup request to a transport level AAA (Authentication Authorization Accounting) entity; and | Generac performs the step of providing the first application-level bearer setup request to a transport level AAA (Authentication Authorization Accounting) entity.<br><br>The Mobile Link System provides the first application-level bearer setup request (e.g., a BEARER RESOURCE ALLOCATION REQUEST message) to a transport level AAA (Authentication Authorization Accounting) (e.g., a Mobility Management Entity (MME)). |

U.S. Patent No. 7,987,270

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| | 6.5.3.2    UE requested bearer resource allocation procedure initiation<br><br>In order to request the allocation of bearer resources for one traffic flow aggregate, the UE shall send a BEARER RESOURCE ALLOCATION REQUEST message to the MME, start timer T3480 and enter the state PROCEDURE TRANSACTION PENDING (see example in figure 6.5.3.2.1).<br>(3GPP TS 24.301, p. 264) |

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| | **4.4.2  MME**<br><br>MME functions include:<br><br>- NAS signalling;<br><br>- NAS signalling security;<br><br>- Inter CN node signalling for mobility between 3GPP access networks (terminating S3);<br><br>- UE Reachability in ECM-IDLE state (including control and execution of paging retransmission);<br><br>- Tracking Area list management;<br><br>- Mapping from UE location (e.g. TAI) to time zone, and signalling a UE time zone change associated with mobility;<br><br>- PDN GW and Serving GW selection;<br><br>- MME selection for handovers with MME change;<br><br>- SGSN selection for handovers to 2G or 3G 3GPP access networks;<br><br>- Roaming (S6a towards home HSS);<br><br>- Authentication;<br><br>- Authorization;<br><br>- Bearer management functions including dedicated bearer establishment;<br><br>- Lawful Interception of signalling traffic;<br><br>- Warning message transfer function (including selection of appropriate eNodeB);<br><br>- UE Reachability procedures.<br><br>NOTE 1:  The Serving GW and the MME may be implemented in one physical node or separated physical nodes.<br><br>The MME shall signal a change in UE Time Zone only in case of mobility and in case of UE triggered Service Request, PDN Disconnection and UE Detach. If the MME cannot determine whether the UE Time Zone has changed (e.g. the UE Time Zone is not sent by the old MME during MME relocation), the MME should not signal a change in UE Time Zone. A change in UE Time Zone caused by a regulatory mandated time change (e.g. daylight saving time or summer time change) shall not trigger the MME to initiate signalling procedures due to the actual change. Instead the MME shall wait for the UE's next mobility event or Service Request procedure and then use these procedures to update the UE Time Zone information in the PDN GW.<br><br>(3GPP TS 23.401, p. 34) |
| generating a second bearer setup request to induce the | Generac performs the step of generating a second bearer setup request to induce the bearer manager to create the bearer between the first node and the second node. |

| Claim 10 | Generac Power Systems, Inc. |
|---|---|
| bearer manager to create the bearer between the first node and the second node. | The MME generates a second bearer setup request (e.g., a MODIFY BEARER REQUEST message) to induce the bearer (e.g., a Serving/PDN Gateway) to create the bearer between the first node and the second node.<br><br>7.2.7    Modify Bearer Request<br><br>The direction of this message shall be from MME/S4-SGSN to SGW and/or from SGW to PGW (see Table 6.1-1).<br><br>The Modify Bearer Request message shall only be sent on the S11 interface by the MME to the SGW and on the S5/S8 interfaces by the SGW to the PGW as part of the procedures:<br><br>- E-UTRAN Tracking Area Update without SGW Change<br>- UE triggered Service Request<br>- S1-based Handover<br>- UTRAN Iu mode to E-UTRAN Inter RAT handover<br>- GERAN A/Gb mode to E-UTRAN Inter RAT handover<br>- Tracking Area Update procedure with a RAT type change<br>- E-UTRAN Initial Attach<br>- Handover from Trusted or Untrusted Non-3GPP IP Access to E-UTRAN with GTP on S5/S8 interface (see clauses 8.2, 8.6 and 16.11 of 3GPP TS 23.402 [45])<br>- UE requested PDN connectivity<br>- 3G SGSN to MME combined hard handover and SRNS relocation procedure<br>- X2-based handover without SGW relocation<br>- UTRAN/GERAN to E-UTRAN SRVCC<br>- HSS-based P-CSCF restoration for 3GPP access (see 3GPP TS 23.380 [61])<br>- Connection Resume procedure (see clause 5.3.5A of 3GPP TS 23.401 [3])<br>- reception of the RRC establishment cause "MO Exception data" in the NB-IoT RAT |

U.S. Patent No. 7,987,270

| Claim 10 | Generac Power Systems, Inc. |
| --- | --- |
|  | It shall also only be sent on the S11 interface by the MME to the SGW as part of the procedure:<br><br>- E-UTRAN Initiated E-RAB modification procedure<br><br>- Handover from Trusted or Untrusted Non-3GPP IP Access to E-UTRAN with PMIP on S5/S8 interface (see clauses 8.2 and 16.11 of 3GPP TS 23.402 [45])<br><br>- Tracking Area Update procedure with Serving GW change and data forwarding<br><br>- Mobile Originated Data transport in Control Plane CIoT EPS optimisation with P-GW connectivity<br><br>- Mobile Terminated Data Transport in Control Plane CIoT EPS optimisation with P-GW connectivity<br><br>- Establishment of S1-U bearer during Data Transport in Control Plane CIoT EPS optimisation procedure (see clause 5.3.4B.4 of 3GPP TS 23.401 [3]).<br><br>(3GPP TS 29.274, pp. 87-88) |