# EXHIBIT G

| **Claim 22** | **Generac Power Systems, Inc.** |
|---|---|
| 22. A method comprising: | Generac Power Systems, Inc. (hereafter, "<u>Generac</u>" or "<u>Defendant</u>"), through the use and provision of the Accused Products, performs and/or instructs its customers to perform, a method of claim 22. |
| determining, by a processing device, a message to be generated from a message template; | Generac performs the step of determining, by a processing device, a message to be generated from a message template.<br><br>A Generac server (e.g., a processing device) determines a message (e.g., an alert) to be generated from a message template (e.g., provided by the processing device).<br><br>[Image of mobile app screen showing "SET alerts to stay informed about your generator's status." with Smith Home Generator settings including Monthly email summary, Send notifications, Status changes (Email, Text/SMS, Mobile push notifications), and Faults (Email) toggles]<br><br>(https://apps.apple.com/us/app/mobile-link-for-generators/id829129497) |
| automatically populating, by the processing device, a dynamic field of the message template with message context data in | Generac performs the step of automatically populating, by the processing device, a dynamic field of the message template with message context data in response to the determination.<br><br>The Generac server automatically (e.g., as an email, text/SMS, Push Notification) populates a dynamic field (field for e.g., time, date) of the message template with message context data (e.g., time, date) in |

| **Claim 22** | **Generac Power Systems, Inc.** |
|---|---|
| response to the determination; and | response to the determination.<br><br>REVIEW status history and operational insights with ease.<br><br>(https://apps.apple.com/us/app/mobile-link-for-generators/id829129497) |
| sending, by the processing device, the message having the message context data in the dynamic field of the message template to a remote device. | Generac performs the step of sending, by the processing device, the message having the message context data in the dynamic field of the message template to a remote device.<br><br>The Generac server sends the message having the message context data in the dynamic field of the message template to a remote device (e.g., mobile device, laptop, etc.). |

U.S. Patent No. RE44,742

| Claim 22 | Generac Power Systems, Inc. |
|---|---|
| | <br>(https://apps.apple.com/us/app/mobile-link-for-generators/id829129497) |